UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINA IRIS VIKTOR, a/k/a NATASHA ELENA COOPER,

Plaintiff,

-against-

KENDRICK LAMAR, a/k/a KENDRICK LAMAR DUCKWORTH; SOLANA IMANI ROWE, a/k/a SZA; TOP DAWG ENTERTAINMENT LLC; INTERSCOPE RECORDS; UNIVERSAL MUSIC GROUP RECORDINGS, INC. a/k/a UMG RECORDINGS, INC.; RADICALMEDIA LLC; DAVE MEYERS; DAVE FREE; FREENJOY, INC.; BUF, INC.; and JOHN DOES 1-8,

Defendants.

Civil Action No.: 1:18-cv-01554 (KBF)

ECF Case

**DECLARATION OF MAURA K. GIERL IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, MAURA K. GIERL, hereby declare under 28 U.S.C. § 1746 as follows:

1. I am an associate at Manatt, Phelps & Phillips, LLP, attorneys for Defendants Kendrick Lamar Duckworth p/k/a Kendrick Lamar ("Lamar"); Solana Imani Rowe p/k/a SZA ("Rowe"); Top Dawg Entertainment LLC; Interscope Records; UMG Recordings, Inc.; Dave Friley; Dave Meyers; BUF, Inc.; and Freenjoy, Inc. (collectively, "Defendants"). I submit this declaration in support of Defendants' motion for partial summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

2. Attached hereto as Exhibit 1 is a true and correct copy of a printout from the U.S. Library of Congress website depicting a search result for "Good kid, M.A.A.D. city", accessed and printed on July 9, 2018.

3. Attached hereto as Exhibit 2 is a true and correct copy of a printout from The Pulitzer Prizes website depicting the 2018 Pulitzer Prize Winner in Music, awarded to *DAMN.*, by Kendrick Lamar, accessed and printed on July 9, 2018.

4. Attached hereto as Exhibit 3 is a true and correct copy of a printout of an article *Kendrick Lamar Wins Pulitzer in 'Big Moment for Hip-Hop'* from *The New York Times* website, accessed and printed on July 10, 2018.

5. Attached hereto as Exhibit 4 is a true and correct copy of a printout of an article *How Kendrick Lamar Became the Defining Hip-Hop Artist of His Generation* from the *Variety* website, accessed and printed on July 10, 2018.

6. Attached hereto as Exhibit 5 is a true and correct copy of printouts from YouTube's website depicting the number of plays for Lamar's music videos, and the number of plays for certain music videos by other artists featuring Lamar, accessed and printed on July 10, 2018 and July 11, 2018.

7. Attached hereto as Exhibit 6 is a true and correct copy of a printout of an article *Watch Kendrick Lamar Perform 'Damn.' Medley at College Football Championship* from the *Rolling Stone* website, accessed and printed on July 10, 2018.

8. Attached hereto as Exhibit 7 is a true and correct copy of a printout from the Recording Industry Association of America ("RIAA") website depicting the "About the Awards – RIAA" page, accessed and printed on July 10, 2018.

9. Attached hereto as Exhibit 8 is a true and correct copy of a printout from the RIAA website listing the RIAA's certifications of Lamar's albums and singles, accessed and printed on July 10, 2018.

10. Attached hereto as Exhibit 9 is a true and correct copy of printouts from the RIAA

website listing the RIAA's certifications of other recording artists' singles on which Lamar is featured, accessed and printed on July 11, 2018.

11. Attached hereto as Exhibit 10 is a true and correct copy of a printout from the Nielsen Music website depicting the "2017 Year-End Music Report U.S." PDF, accessed and printed on July 10, 2018.

12. Attached hereto as Exhibit 11 is a true and correct copy of a printout from the Grammy Foundation's website of the Grammy Award and Grammy nomination search results for Lamar, accessed and printed on July 10, 2018.

13. Attached hereto as Exhibit 12 is a true and correct copy of a printout from the Grammy Foundation's website depicting a video of Lamar's live performance at the January 28, 2018 Grammy Awards, accessed and printed on July 10, 2018.

14. Attached hereto as Exhibit 13 is a true and correct copy of a printout from the Verge website depicting a video of Lamar's live performance at the February 15, 2016 Grammy Awards, accessed and printed on July 11, 2018.

15. Attached hereto as Exhibit 14 is a true and correct copy of a printout of an article *Billboard Music Awards 2013: The Complete Winners List* from the MTV website, accessed and printed on July 11, 2018.

16. Attached hereto as Exhibit 15 is a true and correct copy of a printout of an article *Billboard Music Awards 2016: See the Finalists* from the *Billboard* website, accessed and printed on July 11, 2018.

17. Attached hereto as Exhibit 16 is a true and correct copy of a printout of an article *Here Are All the Winners From the 2018 Billboard Music Awards* from the *Billboard* website, accessed and printed on July 11, 2018.

18. Exhibits 14 through 16 indicate that Lamar has won six Billboard Music Awards, and has been nominated for an additional twelve Billboard Music Awards: 2018 Top Soundtrack/Cast Album – *Black Panther: The Album (Music From And Inspired By)* (nominated); 2018 Top Rap Album – *DAMN.* (won); 2018 Top Selling Album – *DAMN.* (nominated); 2018 Top Billboard 200 Album – *DAMN.* (won); 2018 Top Rap Song – *HUMBLE.* (nominated); 2018 Top Streaming Song (Audio) – *HUMBLE.* (won); 2018 Top Hot 100 Song – *HUMBLE.* (nominated); 2018 Top Rap Tour (nominated); 2018 Top Rap Male Artist (won); 2018 Top Rap Artist (won); 2018 Top Streaming Songs Artist (won); 2018 Top Song Sales Artist (nominated); 2018 Top Hot 100 Artist; 2018 Top Billboard 200 Artist (nominated); 2018 Top Male Artist (nominated); 2018 Top Artist (nominated); 2016 Top Rap Album – *To Pimp A Butterfly* (nominated); and 2013 Top Rap Album – *good kid, m.A.A.d. city* (nominated).

19. Attached hereto as Exhibit 17 is a true and correct copy of a printout of a webpage titled "Vanguard Award" from the American Society of Composers, Authors, and Publishers ("ASCAP") website, accessed and printed on July 11, 2018.

20. Attached hereto as Exhibit 18 is a true and correct copy of a printout of a webpage titled "R&B/Hip Hop Songs" from the ASCAP website, accessed and printed on July 11, 2018.

21. Attached hereto as Exhibit 19 is a true and correct copy of a printout of a webpage titled "Rap Songs" from the ASCAP website, accessed and printed on July 11, 2018.

22. Attached hereto as Exhibit 20 is a true and correct copy of a printout of an article *2016 ASCAP Pop Music Awards* from the ASCAP website, accessed and printed on July 11, 2018.

23. Attached hereto as Exhibit 21 is a true and correct copy of a printout of an article *2018 ASCAP Pop Music Awards* from the ASCAP website, accessed and printed on July 11,

2018.

24. Attached hereto as Exhibit 22 is a true and correct copy of a printout of an article *2018 ASCAP Rhythm & Soul Music Awards* from the ASCAP website, accessed and printed on July 11, 2018.

25. Exhibits 17 through 22 indicate that Lamar has won eighteen ASCAP Awards: 2018 Award Winning R&B/Hip-Hop Songs – *HUMBLE.*; 2018 Award Winning R&B/Hip-Hop Songs – *LOYALTY.*; 2018 Award Winning R&B/Hip-Hop Songs – *goosebumps*; 2018 Top Rap Song – *LOYALTY.*; 2018 Award Winning Rap Songs – *LOYALTY.*; 2018 Award Winning Rap Songs – *goosebumps*; 2018 Most Performed Songs – *HUMBLE.*; 2018 Most Performed Songs – *The Greatest*; 2018 Most Performed Songs – *Don't Wanna Know*; 2016 Most Performed Songs – *Bad Blood*; 2014 Award Winning Rap Songs – *Swimming Pools (Drank)*); 2014 Award Winning Rap Songs – *Swimming Pools (Drank)*; 2014 Award Winning R&B/Hip-Hop Songs – *Swimming Pools (Drank)*; 2014 Award Winning R&B/Hip-Hop Songs – *Poetic Justice*; 2014 Award Winning R&B/Hip-Hop Songs – *Give It 2 U*; 2014 Award Winning R&B/Hip-Hop Songs – *F***in' Problems*; 2014 Award Winning R&B/Hip-Hop Songs – *Bitch, Don't Kill My Vibe*; and 2013 Vanguard Award.

26. Attached hereto as Exhibit 23 is a true and correct copy of a printout of an article *Christopher 'Ludacris' Bridges and Top Songwriters Honored at the 2014 BMI R&B/Hip-Hop Awards* from the Broadcast Music, Inc. ("BMI") website, accessed and printed on July 10, 2018. Exhibit 23 indicates that Lamar won four awards for BMI Most Performed Songs – R&B/Hip-Hop Award Songs in 2014, including for *Bitch, Don't Kill My Vibe*; *Give It 2 U*; *Poetic Justice*; and *Swimming Pools (Drank).*

27. Attached hereto as Exhibit 24 is a true and correct copy of a printout from the

Instagram website depicting the verified "@kendricklamar" Instagram page, accessed and printed on July 11, 2018.

28. Attached hereto as Exhibit 25 is a true and correct copy of a printout from the Facebook website depicting the verified "@kendricklamar" Facebook page, accessed and printed on July 11, 2018.

29. Attached hereto as Exhibit 26 is a true and correct copy of a printout from the RIAA website listing the RIAA's certifications of Rowe's album and singles, accessed and printed on July 11, 2018.

30. Attached hereto as Exhibit 27 is a true and correct copy of a printout from the Grammy Foundation's website of the Grammy Award and Grammy nomination search results for Rowe, accessed and printed on July 11, 2018.

31. Attached hereto as Exhibit 28 is a true and correct copy of a printout of an article *SZA Almost Quit Music. Now She's a Grammys Contender.* from *The New York Times* website, accessed and printed on July 11, 2018.

32. Attached hereto as Exhibit 29 is a true and correct copy of a printout of a webpage titled "The 49th NAACP Image Awards Nominees" from the National Association for the Advancement of Colored People website, accessed and printed on July 11, 2018.

33. Attached hereto as Exhibit 30 is a true and correct copy of a printout of a webpage titled "Winners" from the Black Entertainment Television ("BET") website depicting the "Winners Best New Artist" page, accessed and printed on July 11, 2018.

34. Attached hereto as Exhibit 31 is a true and correct copy of a printout of an article *Kendrick Lamar And SZA Release 'All The Stars' Single From 'Black Panther'* from the National Public Radio website, accessed and printed on July 11, 2018.

35. Attached hereto as Exhibit 32 is a true and correct copy of a printout of an article *Kendrick Lamar and SZA Deliver New Song 'All The Stars'* from the *XXL Magazine* website, accessed and printed on July 11, 2018.

36. Attached hereto as Exhibit 33 is a true and correct copy of a printout of an article *Hear Kendrick Lamar, SZA's Defiant New Song 'All the Stars'* from the *Rolling Stone* website, accessed and printed on July 11, 2018.

37. Attached hereto as Exhibit 34 is a true and correct copy of printouts from the *Billboard* website listing the Hot R&B Songs chart positions from January 13, 2018 (released on January 7, 2018) through June 9, 2018 (released on June 3, 2018), accessed and printed on July 11, 2018.

38. Attached hereto as Exhibit 35 is a true and correct copy of printouts from the *Billboard* website listing the Hot 100 Songs chart positions from January 20, 2018 (released on January 14, 2018) through June 9, 2018 (released on June 3, 2018), accessed and printed on July 11, 2018.

39. Attached hereto as Exhibit 36 is a true and correct copy of a printout from the iTunes website depicting the release date for the Album, accessed and printed on July 11, 2018.

40. Attached hereto as Exhibit 37 is a true and correct copy of a printout of an article *Kendrick Lamar's gripping 'Black Panther' soundtrack joins a tradition of black movie music* from *The Los Angeles Times* website, accessed and printed on July 11, 2018.

41. Attached hereto as Exhibit 38 is a true and correct copy of a printout of an article *Review: Kendrick Lamar Goes Superhero-Producer on 'Black Panther' Soundtrack* from the *Rolling Stone* website, accessed and printed on July 11, 2018.

42. Attached hereto as Exhibit 39 is a true and correct copy of a printout of an article

*Black Panther soundtrack review – Kendrick Lamar's Superfly moment* from *The Guardian* website, accessed and printed on July 11, 2018.

43. Attached hereto as Exhibit 40 is a true and correct copy of a printout of an article *Eight 'Black Panther' Soundtrack Songs Chart on the Billboard Hot 100* from the *Billboard* website, accessed and printed on July 11, 2018.

44. Attached hereto as Exhibit 41 is a true and correct copy of a printout of an article *Review: 'Black Panther' Shakes Up the Marvel Universe* from *The New York Times* website, accessed and printed on July 11, 2018.

45. Attached hereto as Exhibit 42 is a true and correct copy of a printout of an article *'Black Panther,' already a cultural moment, is about to shatter movie business assumptions* from *The Los Angeles Times* website, accessed and printed on July 11, 2018.

46. Attached hereto as Exhibit 43 is a true and correct copy of a printout of an article *The Revolutionary Power Of Black Panther* the *Time Magazine* website, accessed and printed on July 11, 2018.

47. Attached hereto as Exhibit 44 is a true and correct copy of a printout from the CinemaScore website depicting a search result for "Black Panther", accessed and printed on July 11, 2018.

48. Attached hereto as Exhibit 45 is a true and correct copy of a printout from the Rotten Tomatoes website depicting a search result for "Black Panther", accessed and printed on July 11, 2018.

49. Attached hereto as Exhibit 46 is a true and correct copy of a printout of an article *Black Panther' Roars to a Record-Breaking Debut* from The Walt Disney Company ("WDC") website, accessed and printed on July 11, 2018.

50. Attached hereto as Exhibit 47 is a true and correct copy of a printout of a WDC report entitled *Infographic: 'Black Panther' Reigns Supreme at the Box Office* from the WDC website, accessed and printed on July 11, 2018.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 12, 2017
Los Angeles, California

Maura Gierl

Maura K. Gierl