UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINA IRIS VIKTOR, a/k/a NATASHA ELENA COOPER,<br><br>Plaintiff,<br><br>-against-<br><br>KENDRICK LAMAR, a/k/a KENDRICK LAMAR DUCKWORTH; SOLANA IMANI ROWE, a/k/a SZA; TOP DAWG ENTERTAINMENT LLC; INTERSCOPE RECORDS; UNIVERSAL MUSIC GROUP RECORDINGS, INC. a/k/a UMG RECORDINGS, INC.; RADICALMEDIA LLC; DAVE MEYERS; DAVE FREE; FREENJOY, INC.; BUF, INC.; and JOHN DOES 1-8,<br><br>Defendants. | Case No.: 1:18-cv-1554<br><br>ECF Case<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Lina Iris Viktor a/k/a Natasha Elena Cooper, on the one hand, and Defendants Kendrick Lamar Duckworth p/k/a Kendrick Lamar; Solana Imani Rowe p/k/a SZA; Top Dawg Entertainment, LLC; Interscope Records; UMG Recordings, Inc.; David Friley; Dave Meyers; BUF, Inc.; and Freenjoy, Inc., on the other hand, and their respective undersigned counsel, that this action shall

(sued as Dave Free)

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

Dated: March 13, 2019

Respectfully submitted,

CAHILL COSSU NOH & ROBINSON LLP

By: _____
John R. Cahill
70 West 40th Street
New York, New York 10018
Telephone: (212) 719-4400

*Counsel for Plaintiff Lina Iris Viktor*

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

By: _____
Robert A. Jacobs
7 Times Square
New York, New York 10036
Telephone: (212) 790-4500
E-Mail: rjacobs@manatt.com

Maura K. Gierl
11355 West Olympic Boulevard
Los Angeles, California 90064
Telephone: (310) 312-4000
E-Mail: mgierl@manatt.com

*Attorneys for Kendrick Lamar Duckworth p/k/a Kendrick Lamar; Solana Imani Rowe p/k/a SZA; Top Dawg Entertainment, LLC; Interscope Records; UMG Recordings, Inc.; David Friley (incorrectly sued as "Dave Free"); Dave Meyers; BUF, Inc.; and Freenjoy, Inc.*

3/19/19

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

2